UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| DAVID SANFORD, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 7:21-cv-00003-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| WARDEN JOYNER, | ) | **JUDGMENT** |
| | ) | |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered contemporaneously

herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.      Petitioner David Sanford's petition for a writ of habeas corpus pursuant to 28

U.S.C. § 2241 [R. 1] is **DENIED**;

2.      Judgment is **ENTERED** in favor of the Respondent;

3.      This action is **CLOSED** and **STRICKEN** from the Court's docket; and

4.      This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for

delay.

This the 18th day of May, 2021.

Gregory F. Van Tatenhove
United States District Judge